IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 182

| | |
|---|---|
| MERCEDES KAMERIA POWELL MCAFEE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) **ORDER** |
| v | )<br>) |
| HOWARD BAER, INC., and KEITH LOVELL CAMPBELL, | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court pursuant to a Motion to Compel and for Sanctions (#8) filed by the Plaintiff. The Court will reserve ruling on the motion until after a response has been filed by the Defendant. Pending the response, however, the Court will direct that Plaintiff file with the Court copies of all Interrogatories and Request for Production of Documents that have been served upon the Defendants in this matter, including those served while this matter was pending in state court and all Interrogatories and Request for Production of Documents served upon Defendants while this matter has been pending in this court.

Further, the Plaintiff will be directed to provide copies of all responses, if any, of the Defendants to each Request for Production of Documents and to each set of Interrogatories.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Plaintiff shall file with the Court copies of all Interrogatories served upon Defendants and all Request for Production of Documents served upon Defendants and responses to those Request for Production of Documents and Interrogatories provided by Defendants, if any. The filing of these documents shall be made on or before **January 15, 2016**.

Signed: January 7, 2016

Dennis L. Howell
United States Magistrate Judge