IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv182

| | |
|---|---|
| MERCEDES KAMARIA POWELL MCAFEE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER ) |
| HOWARD BAER, INC. and KEITH LOVELL CAMPBELL, | ) ) ) ) |
| Defendants. | ) ) |

Pending before the Court is the Defendants' Motion for Judgement on the Pleadings [# 55]. On May 24, 2017, Plaintiff filed an Amended Complaint. Accordingly, the Court **DENIES as moot** the pending Motion for Judgment on the Pleading [# 55].

Signed: May 30, 2017

_____
Dennis L. Howell
United States Magistrate Judge

1