## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:15cv182

| | | |
|---|---|---|
| MERCEDES KAMARIA POWELL MCAFEE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| HOWARD BAER, INC. and KEITH LOVELL CAMPBELL, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Pending before the Court is the Motion for Sanctions [# 81]. Plaintiff moves for sanctions pursuant to Rules 30 and 37 of the Federal Rules of Civil Procedure as the result of Defendants' alleged failure to produce a knowledgeable witness at a Rule 30(b)(6) deposition. Plaintiff filed the motion on September 22, 2017.

Previously, the Court denied a motion seeking an extension of time to complete discovery and instructed the parties that discovery in this case was closed. (Order, September 5, 2017, ECF No. 80.) The Court also instructed the parties as follows:

> Discovery in this case is **CLOSED** and this Court will not reopen discovery or grant any further extensions of time in this case. Moreover, as the Court stated in its prior Order: "Any discovery motion must be filed by August 1, 2017." (Order, May, 23, 2017, ECF No. 73.) Accordingly, any discovery motion filed by Plaintiff will be summarily denied and Defendant need not respond to any such motion.

1

(Id.)  In complete disregard of this Court's Order, Plaintiff filed a discovery motion three weeks later seeking an order from this Court sanctioning Defendants for alleged discovery abuses.   As the Court previously informed Plaintiff, discovery in this case is **CLOSED**.  Any such discovery motions were due by August 1, 2017.  Plaintiff's motion is nearly two months late and will not be considered by the Court.  Accordingly, the Court **DENIES** the motion [# 81].  The Court also **INSTRUCTS** Plaintiff that the filing of any further discovery motions in this case may result in the imposition of sanctions against counsel for Plaintiff for continuing to disregard the lawful orders of this Court. The Court further **INSTRUCTS** the parties that no extension of time to file dispositive motions shall be granted by the Court.

Signed: September 26, 2017

Dennis L. Howell
United States Magistrate Judge