## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:15 CV 182

| | | |
|---|---|---|
| **MERCEDES KAMARIA POWELL McAFEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HOWARD BAER, INC. and KEITH LOVELL CAMPBELL,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

This case is set for trial on the March 5, 2018, trial calendar following the completion of criminal matters. The Court **DIRECTS** the parties to **APPEAR** for a pretrial conference in this case on February 8, 2018, at 9:30 a.m. in Courtroom 2 at the United States District Court for the Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. Any motions in limine shall be filed by January 25, 2018, and any responses thereto are due February 1, 2018. Each side is limited to a total of 25 pages combined for <u>all</u> motions in limine and a total of 25 pages combined for any and all responses. Prior to filing motions in limine, the parties should meet and confer as to the necessity of any such motions and whether the opposing side intends to offer at trial the evidence that is the subject of the motion in limine. Counsel for the parties are directed to examine the Scheduling Order (# 6) to determine further requests.

Signed: January 12, 2018

Dennis L. Howell
United States Magistrate Judge