# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15CV182

| | |
|---|---|
| **MERCEDES KAMARIA POWELL McAFEE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **HOWARD BAER, INC. and KEITH LOVELL CAMPBELL,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on Defendants' Supplemental Motion in Limine (# 112). On January 12, 2018, the Court entered an order (# 92), which provided as follows: "Any motions in limine shall be filed **by January 25, 2018**[.]" Id. at 1 (emphasis added). Thereafter, the parties filed their respective motions in limine (# 93, 95). The Court had a pretrial conference on February 8, 2018, during which the Court heard argument on each of the motions in limine. The Court ruled on some motions in limine at the pretrial conference and addressed others by separate order (# 107, 109).

Defendants have failed to comply with the Court's scheduling order (# 92) by filing the instant Supplemental Motion in Limine. Defendants have also failed to state good cause for their failure to comply. Therefore, Defendants' Supplemental Motion in Limine (# 112) must be DENIED.

Signed: February 21, 2018

Dennis L. Howell
United States Magistrate Judge