# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15 cv 182

| | |
|---|---|
| MERCEDES KAMARIA POWELL MCAFEE, ) ) ) Plaintiff, ) ) v. ) ) HOWARD BAER, INC., and KEITH ) LOVELL CAMPBELL, ) ) Defendants. ) _____ ) | **ORDER** |

This matter is before the Court sua sponte. On February 27, 2018, the Court was informed that the parties in this case have settled this case. Accordingly, the Court **DIRECTS** the parties to file a joint notice setting forth that they have settled the case by **March 5, 2018**. Further, the Court **DIRECTS** the parties to file a stipulation of dismissal by **March 30, 2018**.

Signed: February 28, 2018

Dennis L. Howell
United States Magistrate Judge